**Dismissed and Opinion Filed December 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01475-CV

**BOMBARDIER AEROSPACE CORPORATION, Appellant**

**V.**

**SPEP AIRCRAFT HOLDINGS, LLC, PE 300 LEASING, LLC, SARACEN PURE ENERGY PARTNERS, LP, CRANE CAPITAL GROUP, INC., JAMES R. CRANE, FLORIDIAN GOLF RESORT LLC, CHAMPION ENERGY MARKETING LLC, AND CRANE WORLDWIDE LOGISTICS, LLC, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14739**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Brown
Opinion by Justice FitzGerald

This is an appeal from a ruling by an associate judge. Stating the notice of appeal was inadvertently filed in this Court as it intended to appeal to the trial court only, appellant moves to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

141475F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

BOMBARDIER AEROSPACE
CORPORATION, Appellant

No. 05-14-01475-CV     V.

SPEP AIRCRAFT HOLDINGS, LLC, PE
300 LEASING, LLC, SARACEN PURE
ENERGY PARTNERS, LP, CRANE
CAPITAL GROUP, INC., JAMES R.
CRANE, FLORIDIAN GOLF RESORT
LLC, CHAMPION ENERGY
MARKETING LLC, AND CRANE
WORLDWIDE LOGISTICS, LLC,
Appellees

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-14739.
Opinion delivered by Justice FitzGerald.
Justices Lang and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee SPEP Aircraft Holdings, LLC, PE 300 Leasing, LLC, Saracen
Pure Energy Partners, LP, Crane Capital Group, Inc., James R. Crane, Floridian Golf Resort
LLC, Champion Energy Marketing LLC, and Crane Worldwide Logistics, LLC recover their
costs, if any, of this appeal from appellant Bombardier Aerospace Corporation.

Judgment entered December 10, 2014.